JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE AVILA GAONA and MIGUEL HERNANDEZ,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>**FCA US LLC, a Delaware Limited Liability Company and DOES 1 through 10, inclusive,**<br><br>　　　　　Defendants. | Case No. 2**:20-cv-02139-DSF-PJW**<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [14]** |

-1-
ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

1 **ORDER**

2     The Joint Stipulation for Dismissal with Prejudice is approved.

3     The entire action is hereby dismissed with prejudice.

4     Each Party will bear their own attorneys' fees, costs and expenses.

5     IT IS SO ORDERED.

6

7 DATED: May 13, 2020

8                                   Honorable Judge Dale S. Fischer

9                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL